Ellis, C. J., and Whitfield, Brown, Buford and Chapman, J. J., concur.

WILLIAM A. WEBSTER v. W. L. WATFORD, as Sheriff of Jackson County, et al.

176 So. 270.

Opinion Filed September 30, 1937.

*J. McHenry Jones,* for Appellant;

*Cary D. Landis,* Attorney General, *W. P. Allen,* Assistant Attorney General, *Waller & Meginniss, McCord &· Collins* and *Emmet Safay,* for Appellees.

*Nathan J. Roberts,* as *Amicus Curiae.*

PER CURIAM.—The decree herein appealed from is hereby reversed and remanded on the authority of Bechtol v. Lee, *et al.,* this day filed.

Ellis, C. J., and Whitfield, Brown, Buford and Chapman, J. J., concur.

PASCO COUNTY, a Political Subdivision of the State, *et al.,* v. PAUL V. LANG, as Clerk of the Circuit Court, Leon County, J. B. JOHNSON, as Judge of the Second Judicial Circuit, Leon County, H. B. KERCE, and J. M. LEE, as State Comptroller.

176 So. 430.

Order Entered October 11, 1937.

*Pleus, Williams & Pleus* and *Robert J. Pleus,* for Petitioners;

*Joe Hill Williams* and *C. L. Waller,* for Respondents;

*J. Velma Keen,* for Comptroller, Lee.

PER CURIAM.—This cause comes on to be heard on application for the issuance of writ of certiorari to review an interlocutory order granting temporary injunction.

It is not made to appear in this case that petitioners have not a full, complete and adequate method of relief by intervention and appeal.

So the petition to grant the writ of certiorari is denied.

ELLIS, C. J., and WHITFIELD, BROWN, BUFORD and CHAPMAN, J. J., concur.